IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH BUSHRA,** | |
| *Plaintiff* | |
| v. | CIVIL ACTION |
| **MAIN LINE HEALTH, INC.** | No. 2:23-cv-01090-HB |
| *Defendant* | |

**DEFENDANT'S INDEX OF EXHIBITS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| A | Transcripts of the deposition testimony of Plaintiff, Joseph Bushra, on July 11, 2023 and October 4, 2023 |
| B | Plaintiff's EEOC charge filed April 15, 2022 |
| C | Plaintiff's Employment Agreement with MLEMA, effective January 1, 2015 |
| D | MLEMA Employee Handbook and Dr. Bushra's signature page |
| E | Schedule K-1 issued by MLEMA to Dr. Bushra in 2021 |
| F | Dr. Bushra's Independent Contractor Agreement with Main Line Hospitals |
| G | Expert Report of Dr. Daniel Salmon |
| H | MLH COVID-19 Vaccination Policy |
| I | Email exchange between Plaintiff and Dr. Emma Simpson in September 2021 |
| J | Dr. Bushra's Request for a Religious Exemption |
| K | September 22, 2021 email exchange with Dr. Steven Gamburg |
| L | Transcript of Dr. Jonathan Stallkamp's deposition |
| M | October 19, 2021 denial of exemption request |
| N | Section 4.E.1 of the Medical Staff Bylaws |
| O | Email exchange with MLH counsel re: leave of absence |
| P | November 3, 2021 Request for leave of absence |
| Q | November 15, 2021 Notification of Administrative Suspension |
| R | December 19, 2022 EEOC Right to Sue Notice |

Respectfully submitted,

*/s/ Caren Litvin*
Caren Litvin, Esq.
(Pa. Atty I.D. No. 41796)
150 N. Radnor Chester Road, Suite F-200
Radnor, PA  19087
CL@litvinlawoffice.com
(610) 977-2049 (office)
*Counsel for Defendants*

Brendan Hennessy
(Pa. Attorney I.D. No. 91831)
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
bhennessy@hennessylawfirm.com
(484) 875-3111 (office)
*Of Counsel to Litvin Law Office*
*for Defendants*

Dated:  October 17, 2023