```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH BUSHRA                   :        CIVIL ACTION
                                :
          v.                    :
                                :
MAIN LINE HEALTH, INC.          :        NO. 23-1090
```

ORDER

AND NOW, this 28th day of December, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Motion of Defendant Main Line Health, Inc. for Summary Judgment (Doc. #17) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                     J.