UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1117
_____

JOSEPH BUSHRA,

Appellant

v.

MAIN LINE HEALTH, INC.
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. No. 2:23-cv-01090)
District Judge:  Honorable Harvey Bartle, III
_____

Submitted under Third Circuit L.A.R. 34.1(a)
on September 13, 2024

Before: CHAGARES, Chief Judge, ROTH and RENDELL, Circuit Judges

_____

JUDGMENT
_____

These cases came to be heard on the record from the United States District Court

for the Eastern District of Pennsylvania and was submitted under Third Circuit L.A.R.

34.1(a) on September 13, 2024.

On consideration whereof, **IT IS ORDERED AND ADJUDGED** by this Court

that the order of the District Court entered December 28, 2023, be and the same is hereby

**AFFIRMED**.  Costs to be assessed against Appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 10, 2025

Costs taxed against the Appellant in the amount of $103.45.

**Certified as a true copy and issued in lieu
of a formal mandate on** _May 19, 2025_

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**